# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE ANSELMO,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **No. 18-5160** |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 29th day of January, 2021, upon consideration of **(1)** Defendants' Motion for Summary Judgment (Doc. No. 41), Plaintiff's Response (Doc. No.44), Defendants' Reply (Doc. No. 45), and Plaintiff's Sur-reply (Doc. No. 48); and **(2)** Defendants' Motion to Strike (Doc. No. 51) and Plaintiff's Response (Doc. No. 52), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 41) is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

3. Defendants' Motion to Strike (Doc. No. 51) is **DENIED AS MOOT**.

4. The Clerk of Court shall mark this case **CLOSED**.

                           **BY THE COURT:**

                           */s Mitchell S. Goldberg*
                           **MITCHELL S. GOLDBERG,    J.**